**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GREG HERNANDEZ, and<br>DEANNE HERNANDEZ, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| VS. | § | CIVIL ACTION NO. H-19-915 |
| FORT BEND ISD, *et al.*, | §<br>§<br>§ | |
| Defendants. | § | |

**ORDER**

The Fort Bend Independent School District, Michael Brassfield, Deena Hill, Julia Nick, and Henry Henderson have moved to dismiss the amended petition for failure to state a plausible claim. (Docket Entry Nos. 9, 11). Greg and Deanne Hernandez must respond to the motions by April 26. (Docket Entry No. 12). Because the court expects to rule on the motions to dismiss promptly, the initial conference set for May 2, 2019, is cancelled. The initial conference will be rescheduled following the court's decision on the motions to dismiss. This approach will help the court and parties to tailor this case's scheduling order to the factual and legal issues.

SIGNED on April 25, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge